IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STAR CITY COLLISION CENTER, LLC**                                                      **PLAINTIFF**

v.                            Case No. 5:17-cv-00228-KGB

**STATE AUTO PROPERTY
AND CASUALTY INSURANCE
COMPANY**                                                                                 **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 42). The parties submit that they have reached an agreement that resolves all claims in this matter. The joint motion seeks dismissal with prejudice the claims of plaintiff Star City Collision Center, LLC, pending against State Auto Property and Casualty Insurance Company in this action. The joint motion accords with the terms of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For good cause shown, the Court adopts the joint motion, and the action is dismissed with prejudice.

It is so ordered this 16th day of April, 2018.

_____
Kristine G. Baker
United States District Judge